# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Nickolas Bell et al

Plaintiff(s),

v.

National Football League et al

Defendant(s).

CASE NUMBER: CV13-01755 GHK (PJWx)

**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 ( Related Cases )**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 08-05.

March 15, 2013
Date

Manuel L. Real
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case ___CV11-08394 R (MANx)___ and the present case:

- ☒ A. Arise from the same or closely related transactions, happenings or events; or
- ☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.
- ☐ E. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Walsh___ to Magistrate Judge ___Nagle___.

On all documents subsequently filed in this case, please substitute the initials ___R (MANx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV13-01755 R (MANx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western ☐ Southern ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-34 (05/08)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 ( Related Cases )